**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Oasis Interiors, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Oasis Interiors** <br> **DBA  North County Blinds** <br> **DBA  North County Blind Company** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2596543** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **439 E El Camino Real Ste C** <br> **San Clemente, CA 92672** <br> Number, Street, City, State & ZIP Code | **264 N. El Camino Real Ste G** <br> **Encinitas, CA 92024** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Oasis Interiors, Inc.**    Case number (if known) _____
_____
Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor    **Oasis Interiors, Inc.**                                         Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.  Debtor has principal offices in 439 N El Camino Real Ste C, San Clemente CA 92672 and 264 N El Camino Real Ste G, Encinitas, CA 92024.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**■  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Oasis Interiors, Inc.**
            Name

Case number (if known)

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 4, 2025**
                MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    **Managing Member**

**Cesar Ivan Jimenez**
Printed name

**18. Signature of attorney**

X    /s/ Kevin Tang
Signature of attorney for debtor

Date    **August 4, 2025**
            MM / DD / YYYY

**Kevin Tang**
Printed name

**Tang & Associates**
Firm name

**17011 Beach Blvd Suite 900
Huntington Beach, CA 92647**
Number, Street, City, State & ZIP Code

Contact phone    **714-594-7022**        Email address    **kevin@tang-associates.com**

**281051 CA**
Bar number and State

## Profit and Loss

### North County Blinds

January 1-July 28, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Discounts given | -165.00 |
| QuickBooks Payments Sales | 2.02 |
| Referral Income | 1,438.90 |
| Sales | 1,553,148.18 |
| Services | 18,889.22 |
| Unapplied Cash Payment Income | -3,732.08 |
| Uncategorized Income | 793.93 |
| **Total for Income** | **$1,570,375.17** |
| Cost of Goods Sold | |
| Cost of goods sold | $831,634.74 |
| Cost of labor - COGS | 475.00 |
| Freight in - COGS | 61.00 |
| Installer-sub-contractor | 8,062.05 |
| Subcontractor | 372.50 |
| Supplies & materials - COGS | 1,287.21 |
| **Total for Cost of goods sold** | **$841,892.50** |
| Fabrication | 504.00 |
| **Total for Cost of Goods Sold** | **$842,396.50** |
| **Gross Profit** | **$727,978.67** |
| Expenses | |
| Advertising & marketing | $54,550.76 |
| Customer Lists | 3,152.00 |
| Event Registration Fees | 5,085.00 |
| Job Postings | 333.02 |
| Marketing Materials | 963.23 |
| SEO Contract | 12,594.74 |
| Social media | 1,533.39 |
| **Total for Advertising & marketing** | **$78,212.14** |
| Bad Debt | 275.30 |
| Business licenses | 24.00 |
| Contractor Commissions (W-9) | 111,182.84 |
| Employee benefits | 0 |
| Health insurance & accident plans | 29,388.87 |
| **Total for Employee benefits** | **$29,388.87** |
| Entertainment | 347.49 |
| General business expenses | 0 |
| Bank fees & service charges | 1,823.50 |

# Profit and Loss

## North County Blinds

January 1-July 28, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Legal & accounting services | $270.00 |
| Accounting fees | 950.00 |
| Legal Fees | 25,000.00 |
| **Total for Legal & accounting services** | **$26,220.00** |
| Memberships & subscriptions | 1,585.31 |
| Wells Fargo Finance Fee | 485.58 |
| **Total for General business expenses** | **$30,114.39** |
| Insurance | 0 |
| Business insurance | 1,700.96 |
| Vehicle insurance | 9,392.61 |
| Workers' compensation insurance | 4,958.98 |
| **Total for Insurance** | **$16,052.55** |
| Interest paid | 0 |
| Business loan interest | 85,997.31 |
| Credit card interest | 736.32 |
| **Total for Interest paid** | **$86,733.63** |
| Meals | 0 |
| Meals - 100% Deductible | 2,003.10 |
| Meals with clients | 22.05 |
| Travel meals | 2,200.68 |
| **Total for Meals** | **$4,225.83** |
| Office expenses | $109.86 |
| Office Cleaning | 1,820.00 |
| Office supplies | 6,530.98 |
| Printing & photocopying | 280.14 |
| Shipping & postage | 126.44 |
| Software & apps | 4,517.34 |
| **Total for Office expenses** | **$13,384.76** |
| Payroll expenses | 0 |
| Taxes | 22,255.71 |
| Wages | 270,271.15 |
| **Total for Payroll expenses** | **$292,526.86** |
| Penalties & settlements | 41.00 |
| QuickBooks Payments Fees | 41,235.12 |
| Referrals | 648.55 |
| Refunds | 2,215.17 |
| Rent | 34,471.99 |
| Supplies | 0 |
| Supplies & materials | 43.24 |
| **Total for Supplies** | **$43.24** |

## Profit and Loss

### North County Blinds

January 1-July 28, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Taxes - Business | 0 |
| Property taxes | 230.15 |
| **Total for Taxes - Business** | **$230.15** |
| Travel | $100.70 |
| Airfare | 3,838.51 |
| Hotels | 169.01 |
| **Total for Travel** | **$4,108.22** |
| Unapplied Cash Bill Payment Expense | |
| Utilities | 0 |
| Alarm | 383.52 |
| Electricity | 2,148.00 |
| Heating & cooling | 6,526.66 |
| Internet & Phone | 6,919.21 |
| Water & sewer | 2,091.08 |
| **Total for Utilities** | **$18,068.47** |
| Vehicle expenses | $13,874.89 |
| Parking & tolls | 153.32 |
| Vehicle gas & fuel | 9,258.60 |
| Vehicle registration | 1,597.51 |
| Vehicle repairs | 930.90 |
| Vehicle wash & road services | 8.00 |
| **Total for Vehicle expenses** | **$25,823.22** |
| **Total for Expenses** | **$789,353.79** |
| **Net Operating Income** | **-$61,375.12** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0** |
| **Net Income** | **-$61,375.12** |

## Profit and Loss

### North County Blinds

January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
| Discounts given | -765.94 |
| QuickBooks Payments Sales | |
| Sales | 3,719,732.69 |
| Services | 50,678.37 |
| Shipping Income | 3.08 |
| Unapplied Cash Payment Income | 1,756.08 |
| **Total for Income** | **$3,771,404.28** |
| Cost of Goods Sold | |
| Cost of goods sold | $1,931,615.16 |
| COGS - Reimbursement | 222.23 |
| Equipment rental - COGS | 263.36 |
| Freight in - COGS | 340.90 |
| Installer-sub-contractor | 57,713.61 |
| Subcontractor | 1,520.00 |
| Supplies & materials - COGS | 3,157.41 |
| **Total for Cost of goods sold** | **$1,994,832.67** |
| Fabrication | 27,893.00 |
| **Total for Cost of Goods Sold** | **$2,022,725.67** |
| **Gross Profit** | **$1,748,678.61** |
| Expenses | |
| Advertising & marketing | $120,346.68 |
| Customer Lists | 5,859.00 |
| Direct Mail | 10,833.61 |
| Event Registration Fees | 5,269.11 |
| Job Postings | 3,396.22 |
| Marketing Event | 1,246.63 |
| Marketing Materials | 532.11 |
| Photography | 2,000.00 |
| Promotional Giveaways | 554.93 |
| Social media | 7,706.84 |
| Website ads | 15,470.10 |
| **Total for Advertising & marketing** | **$173,215.23** |
| Bad Debt | 6,391.89 |
| Business licenses | 515.50 |
| Commissions & fees | 575.00 |
| Contract labor | 85.00 |
| Contractor Commissions (W-9) | 464,688.52 |

## Profit and Loss

### North County Blinds

January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Employee benefits | 0 |
| Health insurance & accident plans | 50,103.69 |
| **Total for Employee benefits** | **$50,103.69** |
| Entertainment | |
| General business expenses | 0 |
| Bank fees & service charges | 4,025.90 |
| Installer Training Fees | 450.00 |
| Legal & accounting services | $363.00 |
| Accounting fees | 2,344.00 |
| Legal Fees | 25.00 |
| **Total for Legal & accounting services** | **$2,732.00** |
| Memberships & subscriptions | 7,158.17 |
| Uniforms | 80.80 |
| Wells Fargo Finance Fee | 4,924.01 |
| **Total for General business expenses** | **$19,370.88** |
| Gifts | 5,475.00 |
| Insurance | $3,991.40 |
| Business insurance | 3,323.01 |
| Vehicle insurance | 16,485.89 |
| Workers' compensation insurance | 5,821.80 |
| **Total for Insurance** | **$29,622.10** |
| Interest paid | $649.21 |
| Business loan interest | 188,013.86 |
| **Total for Interest paid** | **$188,663.07** |
| Meals | $542.68 |
| Meals - 100% Deductible | 3,628.64 |
| Travel meals | 1,828.73 |
| **Total for Meals** | **$6,000.05** |
| Office expenses | $1,602.87 |
| Office Cleaning | 3,390.00 |
| Office supplies | 4,152.42 |
| Shipping & postage | 1,915.33 |
| Small tools & equipment | 375.99 |
| Software & apps | 7,753.05 |
| **Total for Office expenses** | **$19,189.66** |
| Payroll expenses | 0 |
| Taxes | 34,468.50 |
| Wages | 436,160.99 |
| **Total for Payroll expenses** | **$470,629.49** |

## Profit and Loss

### North County Blinds

January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Professional Fees | $4,695.25 |
| Business Consulting | 40,150.00 |
| **Total for Professional Fees** | **$44,845.25** |
| QuickBooks Payments Fees | 86,510.60 |
| Referrals | 8,053.47 |
| Refunds | 95.00 |
| Rent | $68,972.78 |
| Equipment rental | 1,007.36 |
| **Total for Rent** | **$69,980.14** |
| Repairs & maintenance | 855.11 |
| Supplies | 0 |
| Supplies & materials | 213.42 |
| **Total for Supplies** | **$213.42** |
| Taxes - Business | $800.00 |
| Property taxes | 251.48 |
| **Total for Taxes - Business** | **$1,051.48** |
| Travel | $194.03 |
| Airfare | 229.83 |
| Hotels | |
| Taxis or shared rides | 113.61 |
| Vehicle rental | 163.63 |
| **Total for Travel** | **$701.10** |
| Unapplied Cash Bill Payment Expense | |
| Uncategorized Expense | 44.53 |
| Utilities | 0 |
| Alarm | 767.04 |
| Heating & cooling | 15,557.95 |
| Internet & Phone | 11,444.16 |
| Water & sewer | 2,026.09 |
| **Total for Utilities** | **$29,795.24** |
| Vehicle expenses | $15,799.71 |
| Parking & tolls | 336.52 |
| Vehicle gas & fuel | 17,368.69 |
| Vehicle registration | 2,019.00 |
| Vehicle repairs | 11,943.83 |
| Vehicle wash & road services | 116.00 |
| **Total for Vehicle expenses** | **$47,583.75** |
| **Total for Expenses** | **$1,724,254.17** |
| **Net Operating Income** | **$24,424.44** |
| Other Income | |

Profit and Loss

## North County Blinds

January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Other Expenses | |
| Amortization expenses | 114,534.00 |
| Depreciation expenses | 43,739.00 |
| Shareholder Meeting Expense | 3,600.00 |
| **Total for Other Expenses** | **$161,873.00** |
| **Net Other Income** | **-$161,873.00** |
| **Net Income** | **-$137,448.56** |

# North County Blinds

## Profit and Loss

January - October, 2023

|  | TOTAL |
|---|---|
| Income | |
| QuickBooks Payments Sales | 13.73 |
| Sales | 2,966,370.44 |
| Services | 35,820.22 |
| Shipping Income | 50.49 |
| Uncategorized Income | 3.35 |
| **Total Income** | **$3,002,258.23** |
| Cost of Goods Sold | |
| Cost of goods sold | 1,595,880.02 |
| COGS - Reimbursement | 7,763.05 |
| Cost of labor - COGS | 1,100.00 |
| Installer-sub-contractor | 35,028.00 |
| Subcontractor | 4,865.12 |
| Supplies & materials - COGS | 3,639.70 |
| **Total Cost of goods sold** | **1,648,275.89** |
| Fabrication | 26,336.40 |
| **Total Cost of Goods Sold** | **$1,674,612.29** |
| GROSS PROFIT | **$1,327,645.94** |
| Expenses | |
| Advertising & marketing | 76,639.87 |
| Event Registration Fees | 725.00 |
| Promotional Giveaways | 313.56 |
| **Total Advertising & marketing** | **77,678.43** |
| Bad Debt | 1,022.66 |
| Business licenses | 26.50 |
| Commissions & fees | 300.00 |
| Contract labor | 790.00 |
| Contractor Commissions (W-9) | 348,032.08 |
| Employee benefits | |
| Health insurance & accident plans | 40,022.64 |
| **Total Employee benefits** | **40,022.64** |
| Employee Relocation | 14,759.11 |
| Entertainment | 150.77 |
| General business expenses | 375.00 |
| Bank fees & service charges | 539.20 |
| Memberships & subscriptions | 7,448.10 |
| **Total General business expenses** | **8,362.30** |
| Gifts | 500.00 |
| Insurance | |
| Business insurance | 2,761.96 |
| Vehicle insurance | 10,317.01 |

# North County Blinds

## Profit and Loss

### January - October, 2023

| | TOTAL |
|---|---|
| Workers' compensation insurance | 6,977.94 |
| **Total Insurance** | **20,056.91** |
| Interest paid | |
| Business loan interest | 150,987.75 |
| **Total Interest paid** | **150,987.75** |
| Legal & accounting services | 2,400.00 |
| Accounting fees | 25.00 |
| Legal Fees | 2,500.00 |
| **Total Legal & accounting services** | **4,925.00** |
| Meals | 199.48 |
| Meals - 100% Deductible | 3,294.40 |
| Meals with clients | 33.48 |
| Travel meals | 1,879.27 |
| **Total Meals** | **5,406.63** |
| Office expenses | 3,092.82 |
| Office supplies | 6,279.88 |
| Shipping & postage | 513.44 |
| Small tools & equipment | 553.14 |
| Software & apps | 8,688.33 |
| **Total Office expenses** | **19,127.61** |
| Payroll expenses | |
| Taxes | 32,334.08 |
| Wages | 407,982.13 |
| **Total Payroll expenses** | **440,316.21** |
| Penalties & settlements | 143.02 |
| Professional Fees | 4,379.38 |
| QuickBooks Payments Fees | 70,053.84 |
| Referrals | 5,517.75 |
| Refunds | 7,282.07 |
| Rent | 55,151.64 |
| Supplies | |
| Supplies & materials | 427.88 |
| **Total Supplies** | **427.88** |
| Taxes - Business | 1,625.00 |
| Property taxes | 300.93 |
| **Total Taxes - Business** | **1,925.93** |
| Travel | |
| Airfare | 313.98 |
| Hotels | -403.15 |
| Taxis or shared rides | 205.48 |
| **Total Travel** | **116.31** |

# North County Blinds

## Profit and Loss

January - October, 2023

| | TOTAL |
|---|---|
| Utilities | |
| Alarm | 767.04 |
| Disposal & waste fees | 38.47 |
| Electricity | 1,026.71 |
| Heating & cooling | 6,945.32 |
| Internet & Phone | 9,554.46 |
| Internet & TV services | 74.99 |
| Water & sewer | 669.53 |
| **Total Utilities** | **19,076.52** |
| Vehicle expenses | 8,360.00 |
| Parking & tolls | 177.19 |
| Vehicle gas & fuel | 18,962.08 |
| Vehicle registration | 1,487.04 |
| Vehicle repairs | 6,876.18 |
| Vehicle wash & road services | 103.99 |
| **Total Vehicle expenses** | **35,966.48** |
| Workers' compensation insurance | 793.33 |
| **Total Expenses** | **$1,333,298.75** |
| **NET OPERATING INCOME** | **$ -5,652.81** |
| Other Income | |
| Gain (Loss) on Disposal of Assets | -40,000.00 |
| **Total Other Income** | **$ -40,000.00** |
| **NET OTHER INCOME** | **$ -40,000.00** |
| **NET INCOME** | **$ -45,652.81** |

## Profit and Loss

### Coastal Shades

January 1-July 28, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Billable Expense Income | 8,711.17 |
| Sales | 434,610.98 |
| Sales of Product Income | 1,455.00 |
| Services | 965.00 |
| Unapplied Cash Payment Income | 1,097.03 |
| **Total for Income** | **$446,839.18** |
| Cost of Goods Sold | |
| Cost of Goods Sold | $250,970.18 |
| Cost of labor - COS | 19,933.74 |
| **Total for Cost of Goods Sold** | **$270,903.92** |
| **Total for Cost of Goods Sold** | **$270,903.92** |
| **Gross Profit** | **$175,935.26** |
| Expenses | |
| Advertising & marketing | $2,322.00 |
| Advertising/Promotional | 5,763.97 |
| Event Registration | 1,845.00 |
| Print Ads | 10,325.00 |
| Sample Books | 1,717.27 |
| Website ads | 20,116.56 |
| **Total for Advertising & marketing** | **$42,089.80** |
| Building & property rent | 23,520.00 |
| Business licences | 184.00 |
| Contractor Commission (W-9) | 31,738.15 |
| General business expenses | 0 |
| Bad Debt | 0.80 |
| Bank fees & service charges | 1,549.84 |
| Memberships & subscriptions | 916.94 |
| **Total for General business expenses** | **$2,467.58** |
| Gifts | 500.00 |
| Insurance | 0 |
| Business insurance | 459.20 |
| **Total for Insurance** | **$459.20** |
| Legal & accounting services | 0 |
| Accounting fees | 150.00 |
| Legal fees | 20.00 |
| **Total for Legal & accounting services** | **$170.00** |
| Meals - 100% Deductible | 23.68 |

# Profit and Loss

## Coastal Shades

January 1-July 28, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Meals | 0 |
| Travel meals | 417.65 |
| **Total for Meals** | **$417.65** |
| Office expenses | 0 |
| Office supplies | 194.27 |
| Small tools and equipment | 90.47 |
| Software & apps | 5,667.44 |
| **Total for Office expenses** | **$5,952.18** |
| QuickBooks Payments Fees | 10,988.87 |
| Repairs & maintenance | 350.00 |
| Taxes paid | 1,961.50 |
| Utilities | 0 |
| Alarms and Security | 209.93 |
| Heating & cooling | 4,072.29 |
| Internet & TV services | 928.59 |
| Phone service | 243.76 |
| Water & sewer | 180.00 |
| **Total for Utilities** | **$5,634.57** |
| Vehicle Expenses | 0 |
| Vehicle gas & fuel | 181.76 |
| Vehicle repairs | 297.85 |
| **Total for Vehicle Expenses** | **$479.61** |
| **Total for Expenses** | **$126,936.79** |
| **Net Operating Income** | **$48,998.47** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0** |
| **Net Income** | **$48,998.47** |

## Profit and Loss

### Coastal Shades

January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | |
| Billable Expense Income | 2,345.65 |
| Sales | 245,421.05 |
| Services | 3,527.02 |
| Unapplied Cash Payment Income | |
| **Total for Income** | **$251,293.72** |
| Cost of Goods Sold | |
| Cost of Goods Sold | $118,500.77 |
| Cost of labor - COS | 6,685.15 |
| **Total for Cost of Goods Sold** | **$125,185.92** |
| **Total for Cost of Goods Sold** | **$125,185.92** |
| **Gross Profit** | **$126,107.80** |
| Expenses | |
| Advertising & marketing | $3,596.00 |
| Advertising/Promotional | 7,288.70 |
| Listing fees | 972.00 |
| Print Ads | 7,375.00 |
| Sample Books | 4,184.60 |
| Social media | 298.24 |
| Website ads | 10,781.07 |
| **Total for Advertising & marketing** | **$34,495.61** |
| Building & property rent | 39,370.00 |
| Business licences | 118.64 |
| Contract labor | 425.00 |
| Contractor Commission (W-9) | 15,883.35 |
| Contributions to charities | 109.90 |
| General business expenses | 0 |
| Memberships & subscriptions | 856.99 |
| **Total for General business expenses** | **$856.99** |
| Gifts | 500.00 |
| Meals | $133.68 |
| Travel meals | 341.52 |
| **Total for Meals** | **$475.20** |
| Meals - 100% Deductible | 850.00 |
| Office expenses | $45.00 |
| Office supplies | 4,057.92 |
| Small tools and equipment | 769.36 |
| Software & apps | 5,117.55 |
| **Total for Office expenses** | **$9,989.83** |
| QuickBooks Payments Fees | 8,421.68 |

## Profit and Loss

### Coastal Shades

January-December, 2024

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Unapplied Cash Bill Payment Expense | 3,920.00 |
| Utilities | $29.99 |
| Alarms and Security | 554.98 |
| Electricity | 458.16 |
| Heating & cooling | 3,755.67 |
| Internet & TV services | 2,005.95 |
| Water & sewer | 180.00 |
| **Total for Utilities** | **$6,984.75** |
| Vehicle Expenses | 0 |
| Parking & tolls | |
| Vehicle gas & fuel | 719.27 |
| Vehicle wash & road services | 26.00 |
| **Total for Vehicle Expenses** | **$745.27** |
| **Total for Expenses** | **$123,146.22** |
| **Net Operating Income** | **$2,961.58** |
| Other Income | |
| Other Expenses | |
| Depreciation Expenses | 2,131.97 |
| Shareholder Meeting Expense | 3,600.00 |
| **Total for Other Expenses** | **$5,731.97** |
| **Net Other Income** | **-$5,731.97** |
| **Net Income** | **-$2,770.39** |

## United States Bankruptcy Court
### Central District of California

In re   Oasis Interiors, Inc.

Debtor(s)

Case No.

Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Cesar Ivan Jimenez, declare under penalty of perjury that I am the Managing Member of Oasis Interiors, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Cesar Ivan Jimenez, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Cesar Ivan Jimenez, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Cesar Ivan Jimenez, Managing Member of this Corporation is authorized and directed to employ Kevin Tang, attorney and the law firm of Tang & Associates to represent the corporation in such bankruptcy case."

Date   August 4, 2025

Signed

Cesar Ivan Jimenez

Resolution of Board of Directors
of
**Oasis Interiors, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Cesar Ivan  Jimenez, Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Cesar Ivan  Jimenez, Managing Member**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Cesar Ivan  Jimenez, Managing Member** of this Corporation is authorized and directed to employ **Kevin Tang**, attorney and the law firm of **Tang & Associates** to represent the corporation in such bankruptcy case.

Date   **August 4, 2025**                    Signed

Date   **August 4, 2025**                    Signed

**Fill in this information to identify the case:**

Debtor name     Oasis Interiors, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■   *Schedule H: Codebtors (Official Form 206H)*
- ■   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐   *Amended Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 4, 2025**          X _____
                                            Signature of individual signing on behalf of debtor

                                            **Cesar Ivan  Jimenez**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Oasis Interiors, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accion Opportunity Fund 111 West St John St., Ste 800 San Jose, CA 95113** | | **All personal properties of the Debtor.** | | **$59,358.00** | **$0.00** | **$59,358.00** |
| **Amrican Express PO BOX 96001 Los Angeles, CA 90096-8000** | | **Credit Card** | | | | **$23,415.00** |
| **Bizfund.com LLC 2371 McDonald Avenue Brooklyn, NY 11223** | | **All personal properties of the Debtor.** | | **$345,388.80** | **$0.00** | **$345,388.80** |
| **Capital One PO BOX 60519 City of Industry, CA 91716-0619** | | **Credit Card** | | | | **$187,767.00** |
| **Citibusiness Card PO BOX 60702 City of Industry, CA 91716-0702** | | **Credit card** | | | | **$30,030.00** |
| **Port 51 Lending 75 North Main St. Zionsville, IN 46077** | | **All personal properties of the Debtor.** | | **$1,541,334.00** | **$0.00** | **$1,541,334.00** |
| **Quickbooks Capital 2700 Coast Ave. Mountain View, CA 94043** | | **All personal properties of the Debtor.** | | **$101,000.00** | **$0.00** | **$101,000.00** |
| **Quickbooks Capital 2700 Coast Ave. Mountain View, CA 94043** | | **All personal properties of the Debtor.** | | **$75,000.00** | **$0.00** | **$75,000.00** |
| **Well Fargo Bank PO BOX 51174 Los Angeles, CA 90051-5474** | | **Line of Credit** | | | | **$50,000.00** |

## United States Bankruptcy Court
### Central District of California

In re  **Oasis Interiors, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Cesar Jimenez<br>7060 Cordgrass Ct<br>Carlsbad, CA 92011 | Equity | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 4, 2025**

Signature

Cesar Ivan  Jimenez

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Carlsbad, CA**                              , California.

Date:         **August  4, 2025**

Cesar Ivan  Jimenez
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Oasis Interiors, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................   $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................   $     **284,776.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................   $     **284,776.00**

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **2,122,080.80**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **291,212.00**

4.   **Total liabilities** ...................................................................................
    Lines 2 + 3a + 3b      $     **2,413,292.80**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Oasis Interiors, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Wells Fargo Bank** | **Checking** | **5644** | **$150,963.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

|  |  |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$150,963.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| 7.1.  **TBD** | **$0.00** |
|---|---|

| 7.2.  **Security Deposit held by Camino Village LLC/Terramar Retail Centers, LLC** | **$4,407.00** |
|---|---|

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Oasis Interiors, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | $4,407.00 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 10,523.00 | - | 0.00 | = .... | $10,523.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $10,523.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| | **Coastal Shades LLC** | | |
| 15.1. | **Wells Fargo Bank Acct#5379 $17,858**<br>**Security Deposit held by GM Gen 4, LLC**<br>**$8,000**<br>**Account Receivable $1438**    100    % | | $27,296.00 |
| 15.2. | **Oasis Interiors, Inc DBA Oasis Interiors**    100    % | | $0.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | $27,296.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Oasis Interiors, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furnishings** | **$500.00** | | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$500.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2025 Ford Transit 250 Cargo Van- 5000 miles, VIN: 1FTBR1C89RKA21937** | **$46,000.00** | | **$41,908.00** |
| 47.2. **2025 Ford Transit - 5000 miles 150 Cargo Van - VIN: 1FTYE1C88RKB15412** | **$46,000.00** | | **$49,179.00** |

---

| Debtor | **Oasis Interiors, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51. **Total of Part 8.**                                                                              **$91,087.00**

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Oasis Interiors, Inc.**                                    Case number *(If known)* _____
          _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$150,963.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$4,407.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$10,523.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$27,296.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$91,087.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$284,776.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$284,776.00** |

**Fill in this information to identify the case:**

Debtor name **Oasis Interiors, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Accion Opportunity Fund** Creditor's Name **111 West St John St., Ste 800 San Jose, CA 95113** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **All personal properties of the Debtor.** | $59,358.00 | $0.00 |

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/12/24**
**Last 4 digits of account number**
**5270**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2 Bizfund.com LLC** Creditor's Name **2371 McDonald Avenue Brooklyn, NY 11223** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **All personal properties of the Debtor.** | $345,388.80 | $0.00 |

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2/13/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Oasis Interiors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Port 51 Lending** | Describe debtor's property that is subject to a lien | $1,541,334.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All personal properties of the Debtor.**

**75 North Main St.
Zionsville, IN 46077**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/30/2022**
**Last 4 digits of account number**
**0224**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Quickbooks Capital** | Describe debtor's property that is subject to a lien | $75,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All personal properties of the Debtor.**

**2700 Coast Ave.
Mountain View, CA 94043**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/24/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Quickbooks Capital** | Describe debtor's property that is subject to a lien | $101,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All personal properties of the Debtor.**

**2700 Coast Ave.
Mountain View, CA 94043**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Debtor    **Oasis Interiors, Inc.**
　　　　　Name

Case number (if known) _____

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/14/24**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**86C3**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,122,080.80

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Schechter Law Office PLLC**<br>**315 Avenue U**<br>**Brooklyn, NY 11223** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name        **Oasis Interiors, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

   1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ■ No. Go to Part 2.

      ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

   3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
         out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,415.00** |
|---|---|---|---|
|  | **Amrican Express**<br>**PO BOX 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred **7/2025** | **Basis for the claim:  Credit Card** | |
|  | Last 4 digits of account number **1009** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$187,767.00** |
|---|---|---|---|
|  | **Capital One**<br>**PO BOX 60519**<br>**City of Industry, CA 91716-0619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred **7/2025** | **Basis for the claim:  Credit Card** | |
|  | Last 4 digits of account number **5076** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,030.00** |
|---|---|---|---|
|  | **Citibusiness Card**<br>**PO BOX 60702**<br>**City of Industry, CA 91716-0702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred **7/2025** | **Basis for the claim:  Credit card** | |
|  | Last 4 digits of account number **3782** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
|  | **Well Fargo Bank**<br>**PO BOX 51174**<br>**Los Angeles, CA 90051-5474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred _ | **Basis for the claim:  Line of Credit** | |
|  | Last 4 digits of account number **0405** | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Oasis Interiors, Inc.**                                    Case number (if known) _____
_____
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 291,212.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 291,212.00 |

**Fill in this information to identify the case:**

Debtor name **Oasis Interiors, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **$4,674.95/month plus CAM charges from 7/1/25 to 6/30/26 $4,815.55/month plus CAM charges from 7/1/26 to 6/30/27 $4,959.95/month plus CAM charges from 7/1/27 to 6/30/28 $5,109.10/month plus CAM charges from 7/1/28 to 6/30/29 $5,262.05/month plus CAM charges from 7/1/29 to 6/30/30 $5,419.75/month plus CAM charges  from 7/1/30 to 6/30/31 $5,582.20/month from 7/1/31 to 6/30/32 $5,749.40/month from 7/1/32 to 6/30/33** | |
| State the term remaining | **8 years** | |
| List the contract number of any government contract | | **Terramar Retail Centers, LLC 4695 MacArthur Court, Ste 700 Newport Beach, CA 92660** |

**Fill in this information to identify the case:**

Debtor name          **Oasis Interiors, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **Adria Jimenez** | **7060 Cordgrass Ct Carlsbad, CA 92011** | | **Port 51 Lending** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Cesar Jimenez** | **7060 Cordgrass Ct Carlsbad, CA 92011** | | **Bizfund.com LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Cesar Jimenez** | **7060 Cordgrass Ct Carlsbad, CA 92011** | | **Port 51 Lending** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Cesar Jimenez** | **7060 Cordgrass Ct Carlsbad, CA 92011** | | **Accion Opportunity Fund** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Adria Jimenez** | **7060 Cordgrass Ct Carlsbad, CA 92011** | | **Terramar Retail Centers, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |

| Debtor | **Oasis Interiors, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Cesar Jimenez**  **7060 Cordgrass Ct**  **Carlsbad, CA 92011** | **Terramar Retail Centers, LLC** | ☐ D _____  ☐ E/F _____  ■ G ___**2.1**___ |

**Fill in this information to identify the case:**

Debtor name    **Oasis Interiors, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other  **Gross Revenues** | **$1,570,375.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other | **$3,771,404.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other | **$3,002,258.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Oasis Interiors, Inc.**

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Port 51 Lending**<br>**75 North Main St.**<br>**Zionsville, IN 46077** | **5/5**<br>**$18,484.79**<br>**4/7**<br>**$18,484.79** | **$36,969.58** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Accion Opportunity Fund**<br>**111 West St John St., Ste 800**<br>**San Jose, CA 95113** | **4/15**<br>**$1,514.50**<br>**5/13**<br>**$1,514.50** | **$3,029.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Capital One**<br>**PO BOX 60519**<br>**City of Industry, CA 91716-0619** | **6/13**<br>**$128,585.20**<br>**5/21**<br>**$108,864.98** | **$237,450.18** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Citibusiness Card**<br>**PO BOX 60702**<br>**City of Industry, CA 91716-0702** | **5/27**<br>**$13,280.37** | **$13,280.37** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Amrican Express**<br>**PO BOX 96001**<br>**Los Angeles, CA 90096-8000** | **6/25**<br>**$6,917.71** | **$6,917.71** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Bizfund.com LLC**<br>**2371 McDonald Avenue**<br>**Brooklyn, NY 11223** | **6/9 $2,695.50**<br>**6/16**<br>**$2,695.50**<br>**7/28**<br>**$4,043.25** | **$9,434.25** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ally Auto Finance**<br>**PO BOX 7119**<br>**Charlotte, NC 28272**<br>**n/a** | **8/2024-7/2025** | **$7,900.00** | **Auto Allowance Benefit paid on behalf of Cesar Ivan Jimenez.** |
| 4.2. **Bridgecrest**<br>**PO BOX 53087**<br>**Phoenix, AZ 85072**<br>**n/a** | **8/2024-7/2025** | **$10,222.00** | **Auto Allowance Benefit paid on behalf of Cesar Ivan Jimenez.** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Oasis Interiors, Inc. | Case number *(if known)* | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Bizfund.com LLC v Oasis Interiors Inc.** **E2025010712** | **Breach of Contract** | **Supreme Court of the State of Nw York County of Monroe** | ☐ Pending ☐ On appeal ☑ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

---

| Debtor | Oasis Interiors, Inc. | Case number *(if known)* | |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tang & Associates** **17011 Beach Blvd Suite 900** **Huntington Beach, CA 92647** | **Attorney Fees of $25,000** | **5/24/25-6/18 /25** | **$25,000.00** |
| | **Email or website address** **kevin@tang-associates.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Oasis Interiors, Inc.** | Case number *(if known)* | |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Oasis Interiors, Inc.**                                    Case number *(if known)*

---

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Coastal Shades LLC**<br>**439 N El Camino Real Ste C**<br>**San Clemente, CA 92672** | **Window Installation and Sales** | **EIN:    99-2566046**<br><br>**From-To    4/8/24-Current** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☑ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☑ None

---

Debtor    **Oasis Interiors, Inc.**                                    Case number *(if known)* _____

_____

| Name and address |
| --- |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. **Cesar Jimenez**<br>**7060 Cordgrass Ct**<br>**Carlsbad, CA 92011**<br><br>**Relationship to debtor**<br>**100% Owner** | **$90,000 yearly Salary** | **8/2024-7/2025** | **Salary** |
| 30.2. **Cesar Jimenez**<br>**7060 Cordgrass Ct**<br>**Carlsbad, CA 92011**<br><br>**Relationship to debtor**<br>**100% Owner** | **$46,400 - Distribution** | **8/2024-7/2025** | **Owner Distribution** |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Oasis Interiors, Inc.**                                      Case number (if known)

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 4, 2025**


Signature of individual signing on behalf of the debtor            **Cesar Ivan  Jimenez**
                                                                   Printed name

Position or relationship to debtor    **Managing Member**

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Oasis Interiors, Inc.** _____    Case No. _____

Debtor(s)    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **To Be Determined Based on Fee Application and Court Approval** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **To Be determined** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  4, 2025** _____    /s/ Kevin Tang _____
*Date*

**Kevin Tang**
*Signature of Attorney*
**Tang & Associates**
**17011 Beach Blvd Suite 900**
**Huntington Beach, CA 92647**
**714-594-7022  Fax: 714-421-4439**
**kevin@tang-associates.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., FOR COURT USE ONLY
State Bar No. & Email Address
**Kevin Tang**
**17011 Beach Blvd Suite 900**
**Huntington Beach, CA 92647**
**714-594-7022 Fax: 714-421-4439**
California State Bar Number: **291051 CA**
kevin@tang-associates.com

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Oasis Interiors, Inc.

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **2** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 4, 2025**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 4, 2025**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

Oasis Interiors, Inc.
264 N. El Camino Real Ste G
Encinitas, CA 92024


Kevin Tang
Tang & Associates
17011 Beach Blvd Suite 900
Huntington Beach, CA 92647


Accion Opportunity Fund
111 West St John St., Ste 800
San Jose, CA 95113


Adria Jimenez
7060 Cordgrass Ct
Carlsbad, CA 92011


Amrican Express
PO BOX 96001
Los Angeles, CA 90096-8000


Bizfund.com LLC
2371 McDonald Avenue
Brooklyn, NY 11223


Capital One
PO BOX 60519
City of Industry, CA 91716-0619


Cesar Jimenez
7060 Cordgrass Ct
Carlsbad, CA 92011

Citibusiness Card
PO BOX 60702
City of Industry, CA 91716-0702


Port 51 Lending
75 North Main St.
Zionsville, IN 46077


Quickbooks Capital
2700 Coast Ave.
Mountain View, CA 94043


Schechter Law Office PLLC
315 Avenue U
Brooklyn, NY 11223


Terramar Retail Centers, LLC
4695 MacArthur Court, Ste 700
Newport Beach, CA 92660


Well Fargo Bank
PO BOX 51174
Los Angeles, CA 90051-5474

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kevin Tang**<br>**17011 Beach Blvd Suite 900**<br>**Huntington Beach, CA 92647**<br>**714-594-7022 Fax: 714-421-4439**<br>California State Bar Number: **291051 CA**<br>kevin@tang-associates.com | |
| ■ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Oasis Interiors, Inc.**<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Kevin Tang**_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**August 11, 2025**
_____
Date

By: **/s/ Kevin Tang**
_____
Signature of Debtor, or attorney for Debtor

Name:   **Kevin Tang**
_____
Printed name of Debtor, or attorney for Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**